|  | AUSA: | Barrington Wilkins | Telephone: (313) 226-9621 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Lonnie Reynolds | Telephone: (313) 226-5310 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Ike Hall

Case No. 25-30769

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 26, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 United States Code 751(a) | Escape |

This criminal complaint is based on these facts:
See affidavit

☑ Continued on the attached sheet.

DVSM

_Complainant's signature_

Deputy United States Marshal Todd J. Sowards,
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: __December 18, 2025__

_Judge's signature_

City and state: __Detroit, MI__

Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Deputy United States Marshal Todd J. Sowards, after being duly sworn, deposes and says the following:

## INTRODUCTION

1. I am a Criminal Investigator (CI), Deputy United States Marshal (DUSM) of the United States Marshals Service (USMS) and have been so employed since August 2023. I am currently assigned to the Eastern District of Michigan and part of my duties also include working with the Detroit Fugitive Apprehension Team (DFAT). The DFAT is composed of federal, state, and local law enforcement officers investigating federal, state, and local fugitives. I have gained experience through training, classes, previous employment, and daily work, to include but not limited to these types of investigations.

2. As a DUSM, I am authorized to investigate violations of laws of the United States. I am a law enforcement officer with authority to execute warrants issued under the authority of the United States. Furthermore, it is part of my duties to investigate and prosecute persons in violation of 18 United States Code 751(a), Escape.

3. The statements contained in this Affidavit are based on my experience and

1

background as a DUSM and information provided by officials from the Federal Bureau of Prisons. I have not set forth every fact resulting from this investigation; rather I have set forth a summary of the investigation to date to establish that Ike HALL, did escape the custody of the Federal Bureau of Prisons in violation of Title 18, United States Code, Section 751.

## PROBABLE CAUSE

4. On June 15, 2022, Ike Hall was sentenced to 60 months in the custody of the Bureau of Prisons for Conspiracy to Possession with Intent to Distribute Fentanyl. On September 26, 2022, Hall was received at FCI Milan, Milan, Michigan to serve his sentence.

5. On February 19, 2025, the BOP transferred Hall from FCI Milan to Cherry Street Services, Inc., 8333 Townsend St, Detroit MI 48213, to serve the remainder of his sentence. Cherry Street Services is a BOP residential re-entry center, or RRC. When Hall was transferred to Cherry Street, he was placed on GPS tethering located at 8333 Townsend St, Detroit MI 48213, to complete his sentence.

6. Hall had an expected release date of January 31, 2026.

7. On November 26, 2025, at approximately 5:58 PM, Cherry Street Services received an unauthorized location alert, notifying them that Hall was in an unauthorized area of Hoover Road in Warren, MI. This location is a shell gas

2

station. When RRC Staff went the shell gas station on Hoover Road in Warren, MI the staff discovered the GPS tether in a trash can.

8. Since December 3, 2025, the United States Marshals Service (USMS), Detroit Fugitive Apprehension Team (DFAT) have been searching for Hall with negative results.

## CONCLUSION

9. Based on the foregoing, there is probable cause to believe that Ike Hall, an individual in custody of the Federal Bureau of Prisons, escaped when he cut off his GPS tether device while on GPS monitoring by the Cherry Street Services RRC, a residential re-entry center, located in Detroit, MI and did not return.

Todd J. Sowards
Deputy United States Marshal
United States Marshals Service

Sworn to before me and signed in my presence
And/or by reliable electronic means

HON. David R. GRAND
UNITED STATES MAGISTRATE

December 18, 2025

3